# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 07-1144 |
| Plaintiff. | ) |
| v. | ) **PLAINTIFF UNITED STATES'** |
| | ) **MOTION TO LIFT SEAL** |
| TOYOBO CO., LTD., and TOYOBO AMERICA, INC., | ) |
| Defendants. | ) |

Plaintiff United States of America respectfully moves the Court to lift the seal as to all papers filed in this action.

The United States' Complaint was not accompanied by a motion to seal, as the local rules require for "any pleading with the intention of being sealed," LCvR 5.1(j), nor does anything in the Complaint indicate that the United States intended for it or any other paper filed in this matter to be sealed. Though the Complaint raises causes of action under the False Claims Act, 31 U.S.C. §§ 3729-3733, this is not a *qui tam* action filed by a private party (which must be filed *in camera* pursuant to 31 U.S.C. § 3730(b)), and nothing in the statute mandates or counsels that causes of action under the False Claims Act brought by the United States alone should be filed under seal.

Accordingly, the United States requests that the seal be lifted as to the Complaint and all other papers previously or hereafter filed in this action.

Dated: July 3, 2007               Respectfully submitted,

                                  PETER D. KEISLER
                                  ASSISTANT ATTORNEY GENERAL


                         By:      _____
                                  MICHAEL D. GRANSTON
                                  ALAN E. KLEINBURD
                                  ALICIA J. BENTLEY
                                  CALLIE R. OWEN
                                  A. THOMAS MORRIS
                                  MICHAEL J. FRIEDMAN
                                  ATTORNEYS
                                  U.S. Department of Justice
                                  Commercial Litigation Branch
                                  P.O. Box 261
                                  Ben Franklin Station
                                  Washington, D.C. 20044
                                  Tel:   202-616-9854
                                  Fax:   202-305-7797

## Certificate of Service

I hereby certify that on this 3rd day of July 2007, a copy of the foregoing was served by first class mail, postage prepaid, as indicated below upon:

TOYOBO CO., LTD.,
2-8 Dojima-Hama 2-chrome,
Kita-ku, Osaka 530-8230, Japan

TOYOBO AMERICA, INC.,
950 Third Avenue, 17th Floor,
New York, NY 10022

and a courtesy copy to counsel for defendants in the related case

Konrad L. Cailteux, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York   10153

_____
Michael J. Friedman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV No. 07-1144 |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| TOYOBO CO., LTD., and TOYOBO ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Having reviewed the United States' Motion to Lift Seal, it is

HEREBY ORDERED that the seal shall be lifted as to the Complaint, as well as all other papers previously or hereafter filed in this action.

IT IS SO ORDERED.

_____
Richard W. Roberts
United States District Judge