IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>TOYOBO CO., LTD., and TOYOBO )<br>AMERICA, INC., )<br>)<br>Defendants. )<br>) | CV No. 07-1144 |

### PROPOSED ORDER

Having reviewed the United States' Motion to Lift Seal, it is

HEREBY ORDERED that the seal shall be lifted as to the Complaint, as well as all other papers previously or hereafter filed in this action.

IT IS SO ORDERED.

Dated: July 18, 2007

_____
Richard W. Roberts
United States District Judge