IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CV No. 07-1144 RWR |
| Plaintiff, | ) |
| | ) Judge Richard W. Roberts |
| v. | ) |
| | ) |
| TOYOBO CO., LTD; and TOYOBO AMERICA, INC., | ) |
| | ) STIPULATED BRIEFING SCHEDULE |
| | ) FOR MOTIONS TO DISMISS ON |
| Defendants. | ) BEHALF OF THE DEFENDANTS |
| | ) |
| | ) |
| | ) RELATED CASE: |
| | ) United States ex rel. Westrick v. Second Chance Body |
| | ) Armor, Inc., et al. (D.D.C. No. 04-0280 RWR) |

## STIPULATION

WHEREAS, on or about June 27, 2007, the United States filed its complaint in the above-captioned action;

WHEREAS, counsel for Toyobo Co. Ltd. and Toyobo America Inc. agreed to accept service of the summonses and complaint in this action and by July 27, 2007, counsel for these defendants received the summons and complaint in this action;

WHEREAS, the defendants may anticipate filing motions to dismiss the United States' complaint, including but not limited to motions to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) and Fed. R. Civ. Proc. 9(b);

WHEREAS, given the length of the complaint, the defendants request an extension of time until and including October 11, 2007, in which to file any motions to dismiss, or

in the alternative, to file their answer to the complaint;

WHEREAS, the United States requests an equivalent extension of time, until and including December 27, 2007 in which to file its opposition or response to any motions filed by the aforementioned defendants; and

WHEREAS, the defendants request an extension of time, until and including January 18, 2008, in which to file their reply brief in support of any motions to dismiss.

NOW THEREFORE, the parties hereto, by and through their counsel of record, subject to Court approval, agree and stipulate as follows:

1. The aforementioned defendants shall have an extension of time until and including October 11, 2007, in which to file any motions to dismiss, or in the alternative, to file their answer to the complaint;

2. the United States shall have until and including December 27, 2007 in which to file its opposition or response to any motions to dismiss filed by the aforementioned defendants in lieu of an answer; and

3. The defendants shall have until and including January 18, 2008 in which to file their reply brief.

IT IS SO STIPULATED.

Dated: July 30, 2007                    PETER D. KEISLER
                                        ASSISTANT ATTORNEY GENERAL

                                        By: /s/ Alicia J. Bentley
                                        MICHAEL D. GRANSTON
                                        ALICIA J. BENTLEY

CALLIE R. OWEN
A. THOMAS MORRIS
MICHAEL J. FRIEDMAN
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:    202-616-9854
Fax:    202-514-0280

Dated: July 27, 2007

WEIL, GOTSHAL & MANGES, LLP

By: *Konrad L. Cailteux*
KONRAD L. CAILTEUX
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8904
Fax: (212) 310-8007

Counsel for Defendants
TOYOBO CO., LTD; and TOYOBO AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2007, a copy of the foregoing was served by first class mail, postage prepaid, as indicated below upon:

TOYOBO CO., LTD.,
2-8 Dojima-Hama 2-chrome,
Kita-ku, Osaka 530-8230, Japan

TOYOBO AMERICA, INC.,
950 Third Avenue, 17th Floor,
New York, NY 10022

    and a courtesy copy to counsel for defendants in the related case

Konrad L. Cailteux, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York   10153

_____
Alicia J. Bentley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>TOYOBO CO., LTD; and TOYOBO<br>AMERICA, INC.,<br><br>                    Defendants. | )<br>)  CV No. 07-1144<br>)<br>)  Judge Richard W. Roberts<br>)<br>)<br>)<br>)  **ORDER ON STIPULATED BRIEFING**<br>)  **SCHEDULE FOR MOTIONS TO**<br>)  **DISMISS ON BEHALF OF THE**<br>)  **DEFENDANTS**<br>)<br>)<br>)  **RELATED CASE:**<br>)  <u>United States ex rel. Westrick v. Second Chance Body</u><br>)  <u>Armor, Inc., et al.</u> (D.D.C. No. 04-0280 RWR) |

**ORDER**

Pursuant to agreement, the United States and counsel for Toyobo Co., Ltd. and Toyobo America, Inc. have filed a Joint Stipulation regarding the briefing schedule for motions to dismiss in this action. Upon consideration of the Joint Stipulation and the papers on file in this action:

**IT IS HEREBY ORDERED**

1. The aforementioned defendants shall have an extension of time until and including October 11, 2007, in which to file any motions to dismiss, or in the alternative, to file their answer to the complaint;

2. The United States shall have until and including December 27, 2007 in which to file its opposition or response to any motions to dismiss filed by the aforementioned defendants in lieu of an answer; and

-2-

3. The defendants shall have until and including January 18, 2008 in which to file their reply brief.

This ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE