AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)       )  
                                )    **APPEARANCE**  
                                )  
                                )  
            vs.          )    CASE NUMBER   1:07-cv-01144-RWR  
Toyobo Co. LTD                )  
Toyobo America, Inc         )  
        Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael J. Lyle   as counsel in this
                                 (Attorney's Name)

case for:   Toyobo Co. LTD, Toyobo America, Inc
              (Name of party or parties)

July 31, 2007  
Date  

*[Signature]*  
Signature

DC Bar 475078  
BAR IDENTIFICATION

Michael J. Lyle  
Print Name

1300 Eye Street, Suite 900, N.W.  
Address

Washington   DC   20005  
City        State      Zip Code

202 682-7126  
Phone Number