AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)      )
                                     )     **APPEARANCE**
                                     )
                vs.               )     CASE NUMBER    1:07-cv-01144-RWR
Toyobo Co. LTD                   )
Toyobo America, Inc            )
        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Holly E. Loiseau   as counsel in this
                                 (Attorney's Name)

case for:   Toyobo Co. LTD, Toyobo America, Inc
           (Name of party or parties)

July 31, 2007                            *[signature]*
Date                                      Signature

                                       Holly E. Loiseau
DC Bar 452442                          Print Name
BAR IDENTIFICATION
                                       1300 Eye Street, Suite 900, N.W.
                                       Address

                                       Washington   DC   20005
                                       City            State       Zip Code

                                       202 682- 7144
                                       Phone Number