IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOBO CO., LTD; and TOYOBO AMERICA, INC.,<br><br>    Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that on August 9, 2007, Defendants Toyobo Company, Ltd. and Toyobo America, Inc. (collectively "Toyobo"), by their attorney Michael J. Lyle, moved for an Order admitting Konrad L. Cailteux, a member of the New York bar, *pro hac vice* in the above-caption matter for all purposes.

DATED:  August 9, 2007

                                                                                        Respectfully submitted,

                                                                                        /s/ Michael J. Lyle_____
                                                                                        Michael J. Lyle, Esq.
                                                                                        WEIL, GOTSHAL & MANGES LLP
                                                                                        1300 Eye Street, NW - Suite 900
                                                                                        Washington, D.C. 20005
                                                                                        Telephone: (202) 682-7000
                                                                                        Facsimile:  (202) 857-0940

                                                                                        Attorney for Defendants
                                                                                        Toyobo Company, Ltd.
                                                                                        and Toyobo America, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOBO CO., LTD; and TOYOBO AMERICA, INC.,<br><br>  Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Toyobo Company, Ltd. and Toyobo America, Inc. (collectively "Toyobo"), by their attorney Michael J. Lyle, move the admission *pro hac vice* of Konrad L. Cailteux to represent Toyobo in this matter and declare as follows:

    1.    Michael J. Lyle is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Lyle is a partner at the law firm of Weil, Gotshal & Manges, LLP and is acquainted with Mr. Cailteux. Mr. Lyle will remain as counsel for Toyobo throughout the course of the above-referenced proceeding.

    2.    Mr. Cailteux is a practicing attorney and is a member in good standing of the bars of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Seventh Circuit. He is a partner at the law firm of Weil, Gotshal & Manges, LLP. Mr. Cailteux is not currently nor has he been

previously suspended, disbarred or otherwise disciplined by any court.

   *3.*  Mr. Cailteux has previously been admitted *pro hac vice* before this Court in a case captioned *United States ex rel., Westrick v. Second Chance Body Armor, Inc. et al. (D.D.C. No. 04-0280 RWR).* That case has similar and related allegations and parties.

   Wherefore, Toyobo moves the admission of Konrad L. Cailteux *pro hac vice* as counsel for Toyobo in this case and requests that the Court enter the attached order.

DATED:  August 9, 2007

              Respectfully submitted,

              /s/ Michael J. Lyle_____
              Michael J. Lyle, Esq.
              WEIL, GOTSHAL & MANGES LLP
              1300 Eye Street, NW - Suite 900
              Washington, D.C. 20005
              Telephone: (202) 682-7000
              Facsimile:  (202) 857-0940

              Attorney for Defendants
              Toyobo Company, Ltd.
              and Toyobo America, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOBO CO., LTD; and TOYOBO AMERICA, INC.,<br><br>    Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

## AFFIDAVIT OF KONRAD L. CAILTEUX

Konrad Lee Cailteux, of full age, being duly sworn according to law, upon his oath, deposes and says:

1.   I am an attorney at law duly admitted to practice before all courts of the State of New York. I am a partner at the law firm of Weil, Gotshal & Manges, LLP, counsel for Toyobo Company, Ltd. and Toyobo America, Inc. My office is located at 767 Fifth Avenue, New York, NY 10153. I make this Affidavit in support of the attached motion for admission *pro hac vice*.

2.   I am a 1985 graduate of Hofstra University School of Law.

3.   I was admitted to practice in New York on May 7, 1986 and since that time I have been a member in good standing of the bar of that state.

4.   I am also admitted to practice before the following courts: the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States District Court

District Court for the Eastern District of New York, and the United States District Court for the Western District of Michigan.

5. I am a member in good standing in each of the courts identified above. I have never been suspended, disbarred or otherwise disciplined by any court and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

6. I have previously been admitted *pro hac vice* before this Court in a case captioned *United States ex rel., Westrick v. Second Chance Body Armor, Inc. et al. (D.D.C. No. 04-0280 RWR)*. That case has similar and related allegations and parties.

7. Accordingly, I respectfully request to be admitted *pro hac vice* in this action for all purposes.

*Konrad L. Cailteux*
Konrad L. Cailteux

Sworn to me this
1st day of August, 2007

*Florence Trojca*
Notary Public

FLORENCE TROJCA
Notary Public, State of New York
No. 01TR4644772
Qualified in Queens County
Commission Expires May 31, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>v.<br><br>TOYOBO CO., LTD; and TOYOBO AMERICA, INC.,<br><br>     Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

## ORDER GRANTING PRO HAC VICE MOTION

Upon the motion of Defendants Toyobo Company, Ltd. and Toyobo America, Inc. for an order admitting Konrad L. Cailteux *pro hac vice* in this action for all purposes; and upon the affidavit of Konrad L Cailteux in support of the motion, and for good cause appearing, **IT IS HEREBY**

**ORDERED** that Konrad L. Cailteux is admitted *pro hac vice* in this action for all purposes on behalf of Toyobo.


DATED:    Washington, D.C.
          August ____, 2007


                                              _____
                                              THE HONORABLE
                                              RICHARD W. ROBERTS
                                              United States District Court Judge