IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOBO CO, LTD. and TOYOBO AMERICA, INC., et al.,<br><br>Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

## DEFENDANTS TOYOBO COMPANY, LTD. AND TOYOBO AMERICA INC.'S MOTION TO DISMISS THE COMPLAINT FILED BY PLAINTIFFS, THE UNITED STATES OF AMERICA

Defendants Toyobo Company, Ltd. and Toyobo America, Inc. move, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), that this Court issue an Order dismissing the Complaint herein as against Toyobo Company Ltd. and Toyobo America, Inc. for failure to state a claim upon which relief can be granted and for failure to plead averments of fraud with particularity. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

### REQUEST FOR ORAL HEARING

Pursuant to Rule 7(f) of the Rules of the United States District Court for the District of Columbia, Toyobo Company, Ltd. and Toyobo America, Inc. respectfully request an oral hearing.

DATED: October 11, 2007

                                        /s/
Michael J. Lyle, Esq.
Holly E. Loiseau, Esq.
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW - Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Arvin Maskin, Esq.
Konrad L. Cailteux, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
Toyobo Company, Ltd.
and Toyobo America, Inc.

## Certificate of Service

I hereby certify that on October 11, 2007, I caused a true and accurate copy of the within Motion to Dismiss to be served by electronic mail and first class mail on:

_____
Sophia Nuon

Alicia Bentley, Esq.
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington D.C. 20044
(Plaintiff, the United States
of America)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOBO CO, LTD. and TOYOBO AMERICA, INC., et al.,<br><br>Defendants. | CV No. 07-1144 RWR<br><br>Judge Richard W. Roberts |

### (PROPOSED) ORDER GRANTING DEFENDANTS TOYOBO COMPANY, LTD. AND TOYOBO AMERICA INC.'S MOTION TO DISMISS THE COMPLAINT FILED BY PLAINTIFFS, THE UNITED STATES OF AMERICA

Upon consideration of Defendants Toyobo Company, Ltd. and Toyobo America, Inc.'s Motion to Dismiss and accompanying Memorandum of Law in Support of the Motion to Dismiss, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HONORABLE
RICHARD W. ROBERTS
United States District Court Judge