IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CV No. 07-1144 |
| Plaintiff, ) | |
| ) | Judge Richard W. Roberts |
| v. ) | |
| ) | |
| TOYOBO CO., LTD; and TOYOBO ) | |
| AMERICA, INC., ) | ORDER ON STIPULATED BRIEFING |
| ) | SCHEDULE FOR MOTIONS TO |
| Defendants. ) | DISMISS ON BEHALF OF THE |
| ) | DEFENDANTS |
| ) | |
| ) | |
| ) | RELATED CASE: |
| ) | United States ex rel. Westrick v. Second Chance Body |
| ) | Armor, Inc., et al. (D.D.C. No. 04-0280 RWR) |

ORDER

Pursuant to agreement, the United States and counsel for Toyobo Co., Ltd. and Toyobo America, Inc. have filed a Joint Stipulation regarding the briefing schedule for motions to dismiss in this action. Upon consideration of the Joint Stipulation and the papers on file in this action:

IT IS HEREBY ORDERED

1. The aforementioned defendants shall have an extension of time until and including October 12, 2007, in which to file any motions to dismiss, or in the alternative, to file their answer to the complaint *nunc pro tunc*;

2. The United States shall have until and including December 27, 2007 in which to file its opposition or response to any motions to dismiss filed by the aforementioned defendants in lieu of an answer; and

Cas

3.  The defendants shall have until and including January 18, 2008 in which to file their reply brief.

This 19th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE