IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:07-CV-01144 (RWR) |
| Plaintiff. | ) |
| | ) |
| v. | ) |
| | ) |
| TOYOBO CO., LTD., and TOYOBO AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF APPEARANCE

COMES NOW, Callie R. Owen, Trial Attorney, United States Department of Justice, Civil Division, Commercial Litigation Branch, Patrick Henry Building, Rm. 9543, 601 D Street, NW, Washington, D.C. 20530, (Tel) 202/307-0404, (Fax) 202/305-7797, Callie.Owen@usdoj.gov, and enters an appearance in this case on behalf of plaintiff United States of America.

Respectfully submitted,

JEFFREY S. BUCKHOLZ
ACTING ASSISTANT ATTORNEY GENERAL

By: *Callie R. Owen*

MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
CALLIE R. OWEN
A. THOMAS MORRIS
MICHAEL J. FRIEDMAN
ATTORNEYS
U.S. Department of Justice

                                                   Commercial Litigation Branch
                                                   P.O. Box 261
                                                   Ben Franklin Station
                                                   Washington, D.C. 20044
                                                 Tel:    202-307-0404
                                                 Fax:    202-305-7797

Dated: December 6th, 2007

## Certificate of Service

I hereby certify that on this 6th day of December 2007, a copy of the foregoing was served by first class mail, postage prepaid, as indicated below upon:

COUNSEL FOR TOYOBO COMPANY, LTD. AND TOYOBO AMERICA, INC

Konrad L. Cailteux, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York   10153

_____
Callie R. Owen