IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff. | ) CV No. 07-1144 (RWR) |
| | ) |
| v. | ) JOINT STIPULATION EXTENDING |
| | ) TIME FOR UNITED STATES TO |
| TOYOBO CO., LTD., and TOYOBO | ) FILE BRIEF IN OPPOSITION TO |
| AMERICA, INC., | ) TOYOBO'S MOTION TO DISMISS |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION

WHEREAS, on October 12, 2007, defendants Toyobo Co., Ltd. and Toyobo America, Inc. (collectively "Toyobo") filed a motion to dismiss the complaint filed by plaintiff United States of America ("United States") in this matter; and

WHEREAS, by Order dated October 23, 2007 (Doc. 15), the United States' brief in opposition to the motion to dismiss is due by December 27, 2007; and

WHEREAS, the United States has requested an extension until and including January 10, 2008 to file its brief in opposition to the motion to dismiss. The extension is requested because several Department of Justice personnel with the responsibility of reviewing the brief filed by the United States will be away from the office over the upcoming holiday period;

NOW, THEREFORE, the parties hereto, by and through their counsel of record, subject to Court approval, agree and stipulate as follows:

The time for the United States to file its brief in opposition to Toyobo's motion to dismiss has been extended from December 27, 2007 until and including January 10, 2008. The time for Toyobo to file any reply to the United States' brief in opposition has been extended from January

18, 2008 until and including February 1, 2008.

    IT IS SO STIPULATED.

                                                    Respectfully submitted,

Dated: December 19, 2007          PETER D. KEISLER
                                          ASSISTANT ATTORNEY GENERAL

                                By:      /S/
                                          MICHAEL D. GRANSTON
                                          ALAN E. KLEINBURD
                                          ALICIA J. BENTLEY
                                          CALLIE R. OWEN
                                          A. THOMAS MORRIS
                                          MICHAEL J. FRIEDMAN
                                          ATTORNEYS
                                          U.S. Department of Justice
                                          Commercial Litigation Branch
                                          P.O. Box 261
                                          Ben Franklin Station
                                          Washington, D.C. 20044
                                          Tel:    202-307-1086
                                          Fax:   202-305-7797

Dated: December 19, 2007          WEIL GOTSHAL & MANGES, L.L.P.

                                By:      /S/
                                          Michael J. Lyle, Esq.
                                          Holly E. Louiseau, Esq.
                                          1300 Eye Street, NW - Suite 900
                                          Washington, D.C. 20005
                                          Tel:    202-682-7000
                                          Fax:   202-857-0940

                                          Arvin Maskin, Esq.
                                          Konrad L. Cailteux, Esq.
                                          767 Fifth Avenue
                                          New York, New York 10153-0119

Tel:  212-310-8000
Fax: 212-310-8007

Attorneys for Defendants Toyobo Company, Ltd.
And Toyobo America, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CV No. 07-1144 (RWR) |
| ) | |
| v. ) | JOINT STIPULATION EXTENDING |
| ) | TIME FOR UNITED STATES TO |
| TOYOBO CO., LTD., and TOYOBO ) | FILE BRIEF IN OPPOSITION TO |
| AMERICA, INC., ) | TOYOBO'S MOTION TO DISMISS |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the joint stipulation among plaintiff United States and defendants Toyobo Co., Ltd. and Toyobo America, Inc. (collectively "Toyobo"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the United States shall have until and including January 10, 2008 to file a brief in opposition to Toyobo's motion to dismiss.

**IT IS HEREBY FURTHER ORDERED** that Toyobo shall have until and including February 1, 2008 to file a reply to the United States' brief in opposition to Toyobo's motion to dismiss.

Dated: _____                        _____
                                              United States District Court Judge