# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No. 07-1144 (RWR) |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | **THE UNITED STATES' ERRATA TO** |
| | ) | **ITS OPPOSITION TO DEFENDANTS** |
| TOYOBO CO., LTD., and TOYOBO | ) | **TOYOBO CO., LTD AND TOYOBO** |
| AMERICA, INC., | ) | **AMERICA, INC.'S MOTION TO** |
| | ) | **DISMISS** |
| Defendants. | ) | |
| | ) | |

This Errata is filed to re-submit Exhibits one, two and four of the United States'

Opposition. The previously filed Opposition did not include the complete documents for

Exhibits one, two and four.

Dated: January 11, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
A. THOMAS MORRIS
CALLIE R. OWEN
MICHAEL J. FRIEDMAN
Attorney, Civil Division
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9854
Facsimile: (202) 305-7797

**Certificate of Service**

I hereby certify that on this 11th day of January 2008, the foregoing was electronically filed and a copy was served by first class mail, postage prepaid, as indicated below upon:

Konrad L. Cailteux, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York   10153

Holly Elizabeth Loiseau
Michael J. Lyle
WEIL, GOTSHAL & MANAGES, L.L.P.
1300 Eye Street, N.W.
Suite 900
Washington, D.C.  20005

_____
Alicia J. Bentley

# Exhibit

# 1

SPECIFICATIONS

## For Purchase of Soft Body Armor

# XTREME X

**NIJ 0101.04**
**Level II**

## 1. SCOPE

This product specification details the style and quality of concealable soft body armor vests intended for use by male or female members of this agency. The vests shall be worn comfortably while being concealed under a shirt. All vests shall provide protection against labeled projectile penetration while reducing resultant blunt trauma and vest distortion to acceptable levels. The successful vendor shall be required to supply the individual vests with applicable options and colors as ordered for male or female personnel.

The concealable body armor shall be the American Body Armor Xtreme™ X Series Model XTX2-2 for NIJ 0101.04 Threat Level II. Bids based on body armor models made by manufacturers other than American Body Armor must be clearly identified as such, and bidders must include full product description, a complete bid sample, male and female, drawings and/or photographs, technical specifications.

Where the apparent low bidder has proposed an alternate product, that bidder shall demonstrate product equivalency to the satisfaction of the department. Evidence of equivalency shall be presented for each requirement of this specification, and the burden of such equivalency in entirely on the vendor. Any bidder may be required, at any time during the procurement process, to provide documentation proving compliance with any or all the terms of this specification.

Only body armor models which have been tested by the National Institute of Justice (NIJ) National Law Enforcement Technology Center (NLETC), and found to comply with the requirements of NIJ Standard 0101.04, <u>Ballistic Resistance of Police Body Armor</u>, September 2000, for Type II armor shall be submitted under this specification, **no exceptions.**

Bids with multiple models, as alternates will be rejected.

## 2. SILENCE OF SPECIFICATIONS

Commercially accepted practices shall apply to any detail not covered in this specification and to any omission of this specification. Any omission or question of interpretation of the specification which affects the ballistic performance or integrity of the soft body armor being offered shall be addressed in writing and submitted with the bid.

## 3. PROTEST

Any protest based on the selection and performance criteria of this specification will be disregarded.

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214295

## 4.  APPLICABLE DOCUMENTS

The following list of standards and specifications in effect on the date of this solicitation shall form a part of this specification.

1.   National Institute of Justice, Standard NIJ-STD-0101.04, Ballistic Resistance of Police Body Armor

2.   MIL-STD-662, V50 Ballistic Test For Armor

3.   Federal Standard No. 751, Stitches, Seams & Stitching

4.   ISO 9001 Quality Assurance Certification

5.   ANSI/ASQC - Q9000 Quality Standard, dated August 1, 1994

Requirements of this specification shall take precedence over the above referenced standards and specifications.

## 5.  PURCHASE REQUIREMENTS

The successful bidder must be a recognized wholesaler/retailer which maintains a convenient location for measurement, fitting and service during regular business hours Monday through Friday. Any manufacturers which bid direct must include a service proposal as to how measuring, re-works, and customer service will be maintained without local distribution.  Direct bids from manufacturers which do not contain a detailed service proposal will be rejected.

## 6.  SPECIFIC QUANTITY

The agency has the right to determine quantity, if not otherwise specified in the procurement document. Of the total quantity purchased, both male and female products will be represented. The department retains the right to adjust the total quantities, while maintaining the accepted bid price, without notification to vendor. The term of the contract, including extensions, and/or escalation clauses, shall be stated in the bid document.

## 7.  DESIGN REQUIREMENTS

The Intended use of the soft body armor detailed herein is intended to be standard issue armor.  It is intended for routine daily wear as an undergarment.

The soft body armor shall be designed to provide:

1.   Light and thin NIJ 0101.04 certified armor in Level II.

2.   A high degree of concealment and comfort.

3.   Minimum restriction of motion or mobility.

4.   Optional carriers to allow for laundering and color changes.

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214296

5.  Provide protection against the labeled projectiles in accordance with the NIJ Standard 0101.04.

## 8.  GENERAL DESIGN

The ballistic panels of soft body armor meeting this specification shall provide thin, flexible, lightweight comfort utilizing a matrix of Z Shield ™, and Gold Flex™, Woven Microlaminate Zylon® and Unidirectional Polyethylene. The soft body armor shall be designed for regular daily wear as an undergarment. Therefore, vests shall be designed and constructed to provide (1) light and thin NIJ 0101.04 certified armor in Level II, (2) durability, (3) ease of cleaning, (4) minimum restriction of motion or mobility, and (5) the greatest amount of ballistic coverage consistent with comfort and concealment.

The general configuration shall be the slipover vest type that covers the majority of the upper torso, including side coverage.  Four elastic straps with hook and pile fasteners shall provide proper positioning and comfort.  The entire vest perimeter shall be curved.  No sharp corners or straight edges shall be allowed.

The front ballistic panel shall cover the chest approximately up to the collar bone, have a scooped neck sufficient to maintain concealability when wearing an open collar shirt, extend downward to the waist but not far enough to "push up into the throat" when the wearer is seated, and extend around the sides to provide side protection.  The biceps/chest region shall be cut with sufficient space to minimize irritation and restriction of arm movement during common duties such as the operation of motor vehicles.

The rear ballistic panel shall cover the back of the torso from just above the shoulder blades down to a position above the waist belt.

The sides of the torso shall be covered by having side coverage from both the front and rear panels, as the department has determined that such a configuration maximizes both coverage and comfort. Accordingly, armor which maintains side coverage from only the front or rear panels shall be rejected. In addition, unless otherwise stated, the maximum gap at each side shall be two inches.

Panels shall be equipped with shoulder-strap suspension system which prevents ballistic panels from sagging, ensuring full protection.

Each piece of soft body armor shall include the following:

1.  One (1) set of ballistic panels (1 front, 1 rear).
2.  One (1) complete Xtreme 2002 Akwadyne® Comfort Mesh washable carrier.
3.  One (1) trauma reduction insert.

## 9.  OPTIONS

1.  Cool Max® Tee Shirt.
2.  Replaceable adjustable straps.
3.  Additional Xtreme 2002 Akwadyne® Comfort Mesh removable outer carrier.
4.  Quilted outer carrier.
5.  Tactical outer carrier.

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214297

## 10. BALLISTIC PANEL MATERIALS

All materials shall be new, unused and without flaws that affect appearance, durability and function.

The ballistic panels shall be constructed of a matrix of Z Shield ™, and Gold Flex™, Woven Microlaminate Zylon® and Unidirectional Polyethylene.

As the department has selected these materials, any bids which represent products manufactured from other materials, shall be rejected. Accordingly, all bidders shall include a letter from the manufacturer stating that the products being submitted for consideration are manufactured from 100% first quality Z Shield ™, and Gold Flex™, Woven Microlaminate Zylon® and Unidirectional Polyethylene.

## 11. PANEL CONSTRUCTION

The ballistic panels shall be constructed of a matrix of Z Shield ™, and Gold Flex™, Woven Microlaminate Zylon® and Unidirectional Polyethylene. There shall be no stitching through the ballistic panel other than tacks at the panel edge.

All vests which are submitted shall represent armor which in layer count, is uniform throughout the ballistic panel. Accordingly, any ballistic panel which is not uniform, in layer count, throughout the entire ballistic package, shall be rejected. If the manufacturer contends that such feathering of the armor is advantageous, than the armor shall be tested utilizing the least number of layers which exist in any part of the ballistic package. Failure to submit such testing shall be cause for rejection.

Each layer of ballistic material, in order to retain flexibility, shall not be laminated to any other layer of ballistic material. Accordingly, any armor which contains such lamination shall be rejected.

It is the intent of the agency to procure the lightest weight, best performing personal armor available in relation to areal density, therefore, a vest section of 12" x 12" (one square foot) [30.5cm x 30.5cm], must not exceed 9.0 oz. (.56 lbs.) per square foot for NIJ level II.

## 12. BALLISTIC PANEL PERFORMANCE

### V50 Performance

Each bidder shall submit V50 test reports for the vest being offered. The V50 test shall be performed in accordance with MIL-STD-662F using NIJ Standard 0101.04 9mm 124 grain FMJ test projectiles. The test must be performed by an independent laboratory approved by the National Institute of Justice (NIJ) National Law Enforcement Technology Center (NLETC) for testing in accordance with NIJ Standard 0101.04. The V 50 test shall be against clay backing. V 50 reports which represent testing without clay backing shall be rejected. Vendor shall provide written certification that all V 50 testing is accomplished with clay backing; failure to provide certification shall be cause for rejection.

Test reports submitted by the bidder shall reflect the following minimum test results for a 9.0 oz. (.56 lbs.) per square foot test sample.

AZE 00214298

**Bullet**                        <u>9mm V50</u>
                                  1549 fps

Bid submissions which do not include required V50 reports shall be rejected.

### Special Threats Testing

In addition to the standard NIJ testing the ballistic panels will have also have been tested by a Certified Independent NIJ Laboratory against: 1) Winchester Ranger 9mm/ 127gr SXT HP 2) Speer Gold Dot 357 Sig/ 125gr GDHP.

### Relative Performance Index (RPI)

It has been determined that the **relative strength to weight ratio** of a ballistic design is important in determining its **comfort/performance characteristics.** *The strength to weight ratio is calculated by dividing the areal weight (lbs. per square foot) into the performance V50 value. A high* **strength to weight ratio** *or* **Relative Performance Index (RPI)** indicates a high degree of comfort & performance. Therefore, the minimum RPI shall be no lower than:

*Bullet*                         <u>9mm.</u>
*RPI*                            **2766**

### Trauma Performance  (BFS)

Blunt trauma reduction is an important aspect of armor design. Low back face signature (BFS) should result in reduced blunt trauma injury.  Therefore, the back face signature (BFS) results of the ***NIJ 1010.04 certification test reports*** shall reflect BFS no higher than:

| *Bullet* | <u>9mm</u> | <u>357 Mag.</u> |
|---|---|---|
| Average | **26 mm** | **34 mm** |

Bid submissions which do not meet this requirement will be rejected.

### 13. LABELING

Label material shall withstand normal wear and cleaning and remain readable during the entire warranted life of the armor or carrier.

All soft body armor shall be labeled in strict adherence to the labeling requirement set forth in NIJ Standard 0101.04. The ballistic panel labeling shall include, but not be limited to the following:

1. Name of Manufacture
2. Level of Protection
3. NIJ-STD-0101.04
4. Date of Fabrication
5. Size
6. Serial Number
7. Model of Vest

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214299

8. Care Instructions
9. Lot Number

## 14. BALLISTIC PANEL COVER MATERIAL

Each ballistic panel shall be covered in 100% anti microbial Olefin treated for water repellency. Construction 70 denier and sized 110" X 85" [279cm x 215cm].  Inner cover material must be stain-resistant, odor and mildew resistant. Material shall have no visible fabric or color flaws.

## 15. VEST OUTER CARRIER MATERIAL

**Removable Carrier- Xtreme 2002 Akwadyne® Comfort Mesh**

The outer machine washable carrier shall be removable from the ballistic panels for laundering by way of zippers integrated into the outside of the garment. All closure attachments shall be Ultra Mate® Velcro®. The carrier shall consist of Akwadyne® Comfort Mesh on the body side. The Comfort Mesh shall be 28 gauge, 100-denier warp knit. The percent of moisture regain must be less than 1% into fiber and must have high moisture transport properties. Fabric must be capable of releasing moisture without absorption, allowing for higher evaporative cooling and faster drying to take place, resulting in a less clammy feel to wearer. The body side cover material must not weigh over .52 oz. per sq. ft [.15 kg/m2].  All fabrics shall have no visible fabric or color flaws.

## 16. SPECTRA SHIELD TRAUMA INSERT

A trauma reduction insert constructed of fifteen (15) layers of Spectra Shield™ bullet resistant material cut five inch by eight inch (5" x 8") [12.7 x 20.3cm] shall be provided.  The Spectra Shield™ shall be placed in a nylon cover, which shall be tucked in to one end of the Spectra Shield™ and sewn shut through the Spectra Shield™ to hold it in place.

## 17. QUALITY CONTROL

The manufacturer must maintain a quality program certified under the *ISO 9001* certification program by an accredited registrar under the accreditation of the Registrar Accreditation Board (US) and the Raad voor de Certificatie (Dutch).  The scope of the certification must include the Design and Manufacturing of technologically advanced personal safety equipment including concealable and tactical bullet resistant vests, custom body armor, composite armor, explosive ordinance protection, ballistic face and head protection, ballistic shields and other police and military apparel, and narcotic identification systems.

The documented quality control system must be designed to insure the integrity and quality of the manufactured products.  The quality control system shall control all manufacturing process and incoming raw materials. *The manufacturer must have an in-house ballistic laboratory capable of performing ballistic testing of incoming raw materials and in-process samples.*  The manufacturer must have the capability of performing testing in accordance with MIL-STD-662 and NIJ Standard 0101.04.  Procedures for lot testing of incoming raw materials and in-process samples must be incorporated into the quality control system.  All incoming ballistic material shall undergo V50 ballistic lot tests in accordance with MIL-STD-662.   Every vest panel manufactured shall be inspected for material defects and proper ply counts. Every vest panel manufactured shall be subsequently inspected for proper ballistic panel stitching. Covers and accessories shall be re inspected during manufacturing for defects at selected points

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214300

during manufacturing to assure the absence of hidden defects in the final item.

In addition, each vest shall receive a final inspection prior to shipment. This inspection shall include a review of the quality control check sheet and confirm the product against the customer's order.

A copy of the Certificate of Accreditation, as well as the manufacturers quality control program must be submitted with bid documents.

## 18. SERIAL NUMBERS

Each unit of soft body armor delivered shall have an individual serial number. Each serialized soft body armor shall be traceable to its original ballistic material lot number and ballistic material mill roll number. Additionally the soft body armor serial number shall be traceable to an incoming material lot test and ballistic panel lay-up lot test. The vendor must have the ability to trace serial numbers.

## 19. LOT TESTING

All incoming ballistic material shall undergo V50 ballistic lot test in accordance with MIL-STD-662F except that the test will be conducted on clay backing which meets the requirements of NIJ Standard 0101.04 for backing material.

## 20. MEASUREMENT AND FITTING

### Custom Measuring
Unless otherwise stated, individual measurements will be taken of each user. Each delivered vest shall fit in accordance with the following guidelines:

1. The side edges of the front and back ballistic panels shall be fit for within a two-inch (2") [5cm] gap between panels during the initial custom fitting.

2. The bottom edge of the front ballistic panel shall be within inch (1") [2.5cm] of the highest waist belt (usually the duty belt) measurement when the wearer is in a relaxed seated position.

3. The bottom edge of the back panel shall be within one-inch (1") [2.5cm] of the highest waist belt (usually the duty belt) measurement when the wearer is in the standing position.

It is the department's intention to purchase armor, which contains maximum ballistic coverage. Accordingly, the minimum acceptable square inches for the front and back panel of each vest, per size, is as follows:

| Small (34/36) | - | 310.49 square inches [.20 m2] |
| Medium (38/40) | - | 370.44 square inches [.24 m2] |
| Large (42/44) | - | 434.64 square inches [.28 m2] |
| X-Large (46/48) | - | 503.38 square inches [.33 m2] |

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214301

XX-Large (50/54)  -      560.49 square inches [.36 m2]

Female sizes are determined based on individual measurements, including bust size.

## 21. FIT AND ALTERATION POLICY

The manufacturer shall perform all required alterations of more than one inch within 30 days after original shipment of the product at no charge. Adjustments of an inch or less than an inch can be accomplished by utilizing the adjustable strap feature on the vest.

## 22. PRE-AWARD AND RETEST POLICY

Bid submissions that appear to conform to these specifications will be considered as prospective vendors. However, the purchaser reserves the right to perform laboratory testing on any and all armor submitted to verify strict compliance with these specifications. The purchaser may perform V50 Ballistic Limit Testing in strict accordance with MIL-STD-662F. An American Body Armor representative shall witness all testing.

American Body Armor & Equipment, Inc. (ABA) encourages valid body armor testing for the purpose of acceptance testing, confirmation of required performance, and used body armor evaluations. For these purposes, ABA *will only recognize properly performed V50 Ballistic Limit Testing* in strict accordance with MIL-STD-662F. Testing shall be performed at an NIJ approved ballistic test laboratory. The test projectiles shall be 9mm 124 grain FMJ as those used in the NIJ Standard 0101.04.

The Probable Ballistic Limit (V50) test shall be conducted on a complete vest. The V50 shall be calculated on ten fair hits, with five shots on the front panel and five shots on the back panel. If required, up to 12 shots, 6 in each panel may be used to obtain the V50 value. If the range of mixed results exceeds 125 feet per second [38 meters per second] or if the V50 cannot be determined in 12 shots, the test will be considered invalid. Shot placement shall be in accordance with MIL-STD-662F except that no shot may be within three (3) inches [7.6cm] of any edge nor two (2) inches [5cm] from any other ballistic impact. Panels shall be shot against clay armor backing material, which has been conditioned in accordance with NIJ Standard 0101.04.

Prior to each shot, the panel will be placed flat against the clay backing material. The sample size shall be no smaller than size 46/48 or equal for male vest and size 42/44 or equal for female vest. Vest samples used in testing must be wearable and in suitable condition, free from abuse.

For each particular level, the V50 Ballistic Limits shall be no lower than the allowable <u>highest</u> 9mm NIJ test velocity. In addition, there shall be no complete penetration lower than the <u>highest</u> 9mm NIJ test velocity.

## 23. PRODUCT LIABILITY INSURANCE

Vest manufacturer shall agree to provide a minimum of $20,000,000 product liability insurance coverage on delivered vests.

## 24. WARRANTY

Ballistic Panels: For five (5) years after date of purchase the manufacturer warrants the ballistic panels *against defects in materials and workmanship.*

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

AZE 00214302

The alteration of ballistic panels in any way shall render the warranty void.

## 25. REMOVABLE COVERS

Removable machine washable covers shall be fully warranted for twelve (12) months after the date of purchase against any defects in the material and/or workmanship.

## 26. PACKAGING

All soft body armor shall be packaged and shipped consistent with good commercial practices.

Plastic Bags: Each set of armor, along with its optional equipment, shall be placed in an individual plastic bag.

Shipping Cartons: The soft body armor shall be packed into suitable corrugated cardboard box. The box shall allow for normal shipping without damage to the soft body armor.

## 27. FINANCIAL DATA

All vendors are required to provide a certified financial statement, for 2002, which represents the manufacturer(s) of which they are bidding. Failure to provide a certified financial statement shall be cause for rejection.

## 28. DOCUMENTATION

The following documents, certifications, test-reports and samples must be included with the vendor's bid. Where one manufacturer is bidding through multiple vendors, the manufacturer may submit the appropriate paperwork on behalf of all vendors. Failure to submit the following shall be cause for rejection:

1.  Models made by manufacturers other than American Body Armor must be clearly identified and shall include the following:
    a.  Full product description.
    b.  Complete bid sample, male and female.
    c.  Drawings and/or photographs.
    d.  Technical specifications.

2.  Manufacturers bidding direct must include a service proposal as to how measuring, alterations and customer service will be maintained without local distribution.

3.  NIJ 0101.04 Certification and test reports from an accredited laboratory for the vest being certified.

4.  V50 test reports performed in accordance with MIL-STD-662F. V50 testing must be accomplished with clay backing.

    a. Test reports must be submitted for the entire ballistic package.

AZE 00214303

b. Test reports must be submitted for incoming materials which are utilized in the ballistic package.

5.    Chemical test reports certifying use of Akwadyne® fabric treatment.

6.    The ability to trace serial numbers.

7.    The layer count of the vest must be uniform throughout the entire ballistic package.  If not, test reports must be submitted for the vest utilizing the least amount of layers.

8.    Quality Control Procedures.

    a.   Incoming materials
    b.   Lay-up configuration
    c.   In-process configuration
    d.   Testing verification
    e.   Inspection of ballistic panel stitching
    f.   Random final product inspection and continuous in-process surveillance
    g.   Quality Assurance training and indoctrination

9.    Product Liability Insurance providing a minimum coverage of $20,000,000.

10.   Documentation stating a 5-year ballistic package warranty.

11.   Documentation stating a 12-month cover warranty.

12.   Certified financial statement for 2002.

13.   ISO-9001 Certificate.

AZE 00214304

# Exhibit

# 2

Technical Specifications

# XTREME X

**NIJ 0101.04**
**Level II**
Concealable Armor

| | |
|---|---|
| **Model** | XTX2-2 |
| **Ballistic Material** | Z Shield ™, and Gold Flex™, Woven Microlaminate Zylon® and Unidirectional Polyethylene. |
| **NIJ Level** | II |
| **Weight** | 9.0 Oz. / .56 lbs. Sq. Ft. |
| **Thinness** | .14 inches |
| **V50 9mm** | 1549 fps |
| **Relative Performance Index – 9mm** | 2766 |
| **Certification BFS Avg. - 9mm** | 26 mm |
| **Certification BFS Avg. - 357 mag.** | 34 mm |

Created on 8/27/2003 3:55:00 PM
Last printed 8/27/2003

-11-

AZE 00214305

SPECIFICATIONS

For Purchase of Soft Body Armor

# XTREME X

NIJ 0101.04
## Level 2A, 2 & 3A

## 1. SCOPE

This product specification details the style and quality of concealable soft body armor vests intended for use by male or female members of this agency. The vests shall be worn comfortably while being concealed under a shirt. All vests shall provide protection against labeled projectile penetration while reducing resultant blunt trauma and vest distortion to acceptable levels. The successful vendor shall be required to supply the individual vests with applicable options and colors as ordered for male or female personnel.

The concealable body armor shall be the American Body Armor Xtreme™ X Series for NIJ 0101.04 Threat Levels 2A, 2 or 3A. Bids based on body armor models made by manufacturers other than American Body Armor must be clearly identified as such; those bidders must include: a male and female sample, full product descriptions, drawings and/or photos, technical specifications, as well as a list of at least ten (10) law enforcement agencies currently using that model armor for reference with their bid. **Bidders failing to submit this supporting documentation will be rejected from the bid.**

Where the apparent low bidder has proposed an alternate product, that bidder shall demonstrate product equivalency to the satisfaction of the department. Evidence of equivalency shall be presented for each requirement of this specification, and the burden of such equivalency in entirely on the vendor. Any bidder may be required, at any time during the procurement process, to provide documentation proving compliance with any or all the terms of this specification.

Only body armor models which have been tested by the National Institute of Justice (NIJ) National Law Enforcement Technology Center (NLETC), and found to comply with the requirements of NIJ Standard 0101.04, Ballistic Resistance of Police Body Armor, September 2000, for Type 2A [XTX2A-2], 2 [XTX2-2] or 3A [XTX3A-2] armor shall be submitted under this specification, **no exceptions.**

Bidders other than American Body Armor with multiple models as alternates **will be rejected**. Those bidders other than American Body Armor must provide test results of any and all rounds that exceed NIJ 0101.04 standard. This NIJ abbreviated testing is commonly known as "Special Threat" testing; testing of such rounds must be conducted by an NIJ approved laboratory. Failure to provide such documentation at time of the bid **will be cause for rejection.**

## 2.  SILENCE OF SPECIFICATIONS

Commercially accepted practices shall apply to any detail not covered in this specification and to any omission of this specification.  Any omission or question of interpretation of the specification which affects the ballistic performance or integrity of the soft body armor being offered shall be addressed in writing and submitted with the bid.

## 3.  PROTEST

Any protest based on the selection and performance criteria of this specification will be disregarded.

## 4.  APPLICABLE DOCUMENTS

The following list of standards and specifications in effect on the date of this solicitation shall form a part of this specification.

1.  National Institute of Justice, Standard NIJ-STD-0101.04, Ballistic Resistance of Police Body Armor

2.  MIL-STD-662, V50 Ballistic Test For Armor

3.  Federal Standard No. 751, Stitches, Seams & Stitching

4.  ISO 9001 Quality Assurance Certification

5.  ANSI/ASQC - Q9000 Quality Standard, dated August 1, 1994

6.  Additional test reports of "Special Threat Testing" from a Certified NIJ Laboratory are required

## 5.  PURCHASE REQUIREMENTS

The successful bidder must be a recognized wholesaler/retailer, which maintains a convenient location for measurement, fitting and service during regular business hours Monday through Friday. Any manufacturers, which bid direct, must include a service proposal as to how measuring, re-works, and customer service will be maintained without local distribution.  Direct bids from manufacturers which do not contain a detailed service proposal will be rejected.

## 6.  SPECIFIC QUANTITY

The agency has the right to determine quantity, if not otherwise specified in the procurement document. Of the total quantity purchased, both male and female products will be represented. The department retains the right to adjust the total quantities, while maintaining the accepted bid price, without notification to vendor. The term of the contract, including extensions, and/or escalation clauses, shall be stated in the bid document.

## 7.  DESIGN REQUIREMENTS

The Intended use of the soft body armor detailed herein is intended to be standard issue armor.  It is intended for routine daily wear as an undergarment.

The soft body armor shall be designed to provide:

1.   Light and thin NIJ 0101.04 certified armor in Level 2A, 2 or 3A

2.   A high degree of concealment and comfort.

3.   Minimum restriction of motion or mobility.

4.   Optional carriers to allow for laundering and color changes.

5.   Provide protection against the labeled projectiles in accordance with the NIJ Standard 0101.04.

## 8.   GENERAL DESIGN

The ballistic panels of soft body armor meeting this specification shall provide thin, flexible, lightweight comfort utilizing a matrix of two or more of the following: ZShield™ , woven microlaminate Zylon®, Gold Flex™; and unidirectional Polyethylene. There shall be no stitching completely through the entire ballistic panel (s), with exception to tacks at the panels' edges, **no exceptions**. The soft body armor shall be designed for regular daily wear as an undergarment. Therefore, vests shall be designed and constructed to provide (1) light and thin NIJ 0101.04 certified armor in Level 2A, 2 and 3A, (2) durability, (3) ease of cleaning, (4) minimum restriction of motion or mobility, and (5) the greatest amount of ballistic coverage consistent with comfort and concealment.

The general configuration shall be the slipover vest type that covers the majority of the upper torso, including side coverage. Availability for four or six elastic straps with hook and pile fasteners shall provide proper positioning and comfort. The entire vest perimeter shall be curved. No sharp corners or straight edges <u>shall be allowed</u>.

The front ballistic panel shall cover the chest approximately up to the collar bone, have a scooped neck sufficient to maintain concealability when wearing an open collar shirt, extend downward to the waist but not far enough to "push up into the throat" when the wearer is seated, and extend around the sides to provide side protection. The biceps/chest region shall be cut with sufficient space to minimize irritation and restriction of arm movement during common duties such as the operation of motor vehicles.

The rear ballistic panel shall cover the back of the torso from just above the shoulder blades down to a position above the waist belt.   The sides of the torso shall be covered by having side coverage from both the front and rear panels, as the department has determined that such a configuration maximizes both coverage and comfort. Accordingly, armor which maintains side coverage from only the front or rear panels shall be rejected.

Panels and carriers shall be equipped with an internal suspension system, which prevents ballistic panels from sagging, ensuring full protection.

Each piece of soft body armor shall include the following:

1.   One (1) set of ballistic panels (1 front, 1 rear).
2.   One (1) complete Akwadyne® Comfort Mesh washable carrier.
3.   One (1) trauma reduction insert.

## 9.  OPTIONS

1.  Cool Max® Tee Shirt.
2.  Additional Akwadyne® Comfort Mesh removable outer carrier.
3.  Quilted outer carrier.
4.  Tactical outer carrier.

## 10. BALLISTIC PANEL MATERIALS

All materials shall be new, unused and without flaws that affect appearance, durability and function. The ballistic panels shall be constructed of a matrix of two or more of the following:  ZShield™, woven microlaminate Zylon®, Gold Flex™, and unidirectional Polyethylene.  As the department has selected these materials, any bids, which represent products manufactured from other materials, **shall be rejected.**

## 11. PANEL CONSTRUCTION

The ballistic panels shall be constructed of a matrix of two or more of the following:  ZShield™, woven microlaminate Zylon®, Gold Flex™, and unidirectional Polyethylene.  There shall be no stitching completely through the entire ballistic panel (s), with exception to tacks at the panels' edges, **no exceptions**.

All vests, which are submitted, shall represent armor, which in layer count, is uniform throughout the ballistic panel. Accordingly, any ballistic panel, which is not uniform, in layer count, throughout the entire ballistic package, shall be rejected. If the manufacturer contends that such feathering of the armor is advantageous, than the armor shall be tested utilizing the least number of layers, which exist in any part of the ballistic package. Failure to submit such testing shall be cause for rejection.

It is the intent of the agency to procure the lightest weight, best performing personal armor available in relation to areal density, therefore, a vest section of 12" x 12" (one square foot) [30.5cm x 30.5cm], must not exceed the following:

| Threat Level | Maximum Weight | Maximum Thickness |
|---|---|---|
| 2A *[XTX2A-2]* | 6.9 oz / .43 lbs.sq.ft | .08 inches |
| 2 *[XTX2-2]* | 9.0 oz / .56 lbs.sq.ft | .14 inches |
| 3A *[XTX3A-2]* | 11.1 oz / .70 lbs.sq.ft | .15 inches |

## 12. BALLISTIC PANEL PERFORMANCE

### V50 Performance

Each bidder shall submit V50 test reports for the vest being offered.  The V50 test shall be performed in accordance with MIL-STD-662F using NIJ Standard 0101.04 9mm 124 grain FMJ test projectiles.  The test must be performed by an independent laboratory approved by the National Institute of Justice (NIJ) National Law Enforcement Technology Center (NLETC) for testing in accordance with NIJ Standard 0101.04.  The V 50 test shall be against clay backing. V 50 reports which represent testing without clay backing shall be rejected.  Vendor shall provide written certification

AZE 00221207

that all V 50 testing is accomplished with clay backing; failure to provide certification shall be cause for rejection.

Test reports submitted by the bidder shall reflect the following <u>minimum test results</u>:

| Threat Level | Bullet Description | V50 Velocity [Minimum] |
|---|---|---|
| 2A [XTX2A-2] | 9mm, 124-grain FMJRN | 1417 fps |
| 2 [XTX2-2] | 9mm, 124-grain FMJRN | 1549 fps |
| 3A [XTX3A-2] | 9mm, 124-grain FMJRN | 1594 fps |

Bid submissions not including NIJ required baseline V50 reported **shall be rejected**. In addition to the NIJ 0101.04 required 9mm / V50 test report, each bidder <u>other than American Body Armor must provide NIJ Base Line Test Reports on the following minimum test results</u>:

| Threat Level | Bullet Description | V50 Velocity [Minimum] |
|---|---|---|
| 2A [XTX2A-2] | 40 cal. S&W 180-grain FMTJ | 1403 fps |
| 2 [XTX2-2] | 357 mag. 158-grain FMJRN | 1516 fps |
| 3A [XTX3A-2] | 44 mag. 240-grain JHP | 1638 fps |

## Relative Performance Index (RPI)

It has been determined that the *relative strength to weight ratio* of a ballistic design is important in determining its *comfort/performance characteristics*. *The strength to weight ratio is calculated by dividing the areal weight (lbs. per square foot) into the performance V50 value.* A high *strength to weight ratio* or **Relative Performance Index (RPI)** indicates a high degree of comfort & performance. Therefore, the minimum RPI shall be <u>no lower than</u>:

| Threat Level | Bullet Description | Relative Performance Index [RPI Minimum] |
|---|---|---|
| 2A [XTX2A-2] | 9mm, 124-grain FMJRN | 3295 fps |
| 2A [XTX2A-2] | 40 cal. S&W 180-grain FMTJ | 3262 fps |
| 2 [XTX2-2] | 9mm, 124-grain FMJRN | 2766 fps |
| 2 [XTX2-2] | 357 mag. 158-grain FMJRN | 2707 fps |
| 3A [XTX3A-2] | 9mm, 124-grain FMJRN | 2277 fps |
| 3A [XTX3A-2] | 44 mag. 240-grain JHP | 2340 fps |

## Trauma Performance (BFS)

Blunt trauma reduction is an important aspect of armor design. Low back face signature (BFS) should result in reduced blunt trauma injury. Therefore, the back face signature (BFS) results of the *NIJ 1010.04 certification test reports* shall reflect BFS <u>no higher than</u>:

| Threat Level | Bullet Description | Back Face Signature [BFS Maximum] |
|---|---|---|
| 2A [XTX2A-2] | 9mm, 124-grain FMJRN | 33 mm |
| 2A [XTX2A-2] | 40 CAL. S&W 180-grain FMTJ | 39 mm |
| 2 [XTX2-2] | 9mm, 124-grain FMJRN | 31 mm |

AZE 00221308

| 2 [XTX2-2] | 357 Mag. 158-grain FMJRN | 37 mm |
| 3A [XTX3A-2] | 9mm, 124-grain FMJRN | 31 mm |
| 3A [XTX3A-2] | 44 Mag. 240-grain JHP | 42 mm |

Bid submissions which do not meet this requirement **will be rejected**.

## 13. LABELING

Label material shall withstand normal wear and cleaning and remain readable during the entire warranted life of the armor or carrier.

All soft body armor shall be labeled in strict adherence to the labeling requirement set forth in NIJ Standard 0101.04. The ballistic panel labeling shall include, but not be limited to the following:

1. Name of Manufacture
2. Level of Protection
3. NIJ-STD-0101.04
4. Date of Fabrication
5. Size
6. Serial Number
7. Model of Vest
8. Care Instructions
9. Lot Number

## 14. BALLISTIC PANEL COVER MATERIAL

Each ballistic panel shall be covered in 100% anti microbial Olefin treated for water repellency. Construction 70 denier and sized 110" X 85" [279cm x 215cm]. Inner cover material must be stain-resistant, odor and mildew resistant. Material shall have no visible fabric or color flaws.

## 15. VEST OUTER CARRIER MATERIAL

**Removable Carrier- Akwadyne® Comfort Mesh**

The outer machine washable carrier shall be removable from the ballistic panels for laundering by way of zippers integrated into the outside of the garment. All closure attachments shall be Ultra Mate® Velcro®. The carrier shall consist of Akwadyne® Comfort Mesh on the body side. The Comfort Mesh shall be 28 gauge, 100-denier warp knit. The percent of moisture regain must be less than 1% into fiber and must have high moisture transport properties. Fabric must be capable of releasing moisture without absorption, allowing for higher evaporative cooling and faster drying to take place, resulting in a less clammy feel to wearer. The body side cover material must not weigh over .52 oz. per sq. ft [.15 kg/m2]. All fabrics shall have no visible fabric or color flaws.

## 16. TRAUMA INSERT

A trauma reduction insert constructed of bullet resistant material cut five inch by eight inch (5" x 8") [12.7 x 20.3cm] shall be provided. The trauma reduction insert shall be placed in a nylon cover, which shall be tucked into one end of the ballistic material and sewn shut through to hold it in place.

## 17. QUALITY CONTROL

AZE 00221309

The manufacturer must maintain a quality program certified under the *ISO 9001* certification program by an accredited registrar under the accreditation of the Registrar Accreditation Board (US) and the Raad voor de Certificatie (Dutch). The scope of the certification must include the Design and Manufacturing of technologically advanced personal safety equipment including concealable and tactical bullet resistant vests, custom body armor, composite armor, explosive ordinance protection, ballistic face and head protection, ballistic shields and other police and military apparel, and narcotic identification systems.

The documented quality control system must be designed to insure the integrity and quality of the manufactured products. The quality control system shall control all manufacturing process and incoming raw materials. *The manufacturer must have an in-house ballistic laboratory capable of performing ballistic testing of incoming raw materials and in-process samples.* The manufacturer must have the capability of performing testing in accordance with MIL-STD-662 and NIJ Standard 0101.04. Procedures for lot testing of incoming raw materials and in-process samples must be incorporated into the quality control system. All incoming ballistic material shall undergo V50 ballistic lot tests in accordance with MIL-STD-662. Every vest panel manufactured shall be inspected for material defects and proper ply counts. Every vest panel manufactured shall be subsequently inspected for proper ballistic panel stitching. Covers and accessories shall be re inspected during manufacturing for defects at selected points during manufacturing to assure the absence of hidden defects in the final item.

In addition, each vest shall receive a final inspection prior to shipment. This inspection shall include a review of the quality control check sheet and confirm the product against the customer's order.

A copy of the Certificate of Accreditation, as well as the manufacturers quality control program must be submitted with bid documents.

## 18. SERIAL NUMBERS

Each unit of soft body armor delivered shall have an individual serial number. Each serialized soft body armor shall be traceable to its original ballistic material lot number and ballistic material mill roll number. Additionally the soft body armor serial number shall be traceable to an incoming material lot test and ballistic panel lay-up lot test. The vendor must have the ability to trace serial numbers.

## 19. LOT TESTING

All incoming ballistic material shall undergo V50 ballistic lot test in accordance with MIL-STD-662F except that the test will be conducted on clay backing which meets the requirements of NIJ Standard 0101.04 for backing material.

## 20. MEASUREMENT AND FITTING

### Custom Measuring

Unless otherwise stated, individual measurements will be taken of each user. Each delivered vest shall fit in accordance with the following guidelines:

1.   The side edges of the front and back ballistic panels shall meet or overlap

2.   The bottom edge of the front ballistic panel shall be within inch (1") of the highest waist belt (usually the duty belt) measurement when the wearer is in a relaxed seated position.

3.   The bottom edge of the back panel shall be within one-inch (1") of the highest waist belt (usually the duty

AZE 00221310

belt) measurement when the wearer is in the standing position.

4.  Female sizes are determined based on individual measurements including bust size and are confirmed through the use of sizing/fit samples in conjunction with a tape measure, and a certified Size Right™ Program.

**The selected bidder must have a manufacturer armor-sizing program (Size Right™) that utilizes certified factory representatives and distribution-trained personnel to properly size armor.**
The Size Right™ program shall consist of a structured course of study that includes classroom training and hands-on demonstration of product knowledge. Individuals participating in a Size Right™ Program will be tested on product knowledge with both a written and practical examination. Only students who demonstrate competency in sizing armored vests shall be awarded "Certified Size Right™ Technician" status. **Any bidder other that American Body Armor must show proof of such a program at time of the bid. Those bidders without a certified sizing program will be rejected.**

## 21. FIT AND ALTERATION POLICY

The manufacturer shall perform all required alterations of more than one inch within 30 days after original shipment of the product at no charge. Adjustments of an inch or less than an inch can be accomplished by utilizing the adjustable strap feature on the vest.

## 22. PRE-AWARD AND RETEST POLICY

Bid submissions that appear to conform to these specifications will be considered as prospective vendors. However, the purchaser reserves the right to perform laboratory testing on any and all armor submitted to verify strict compliance with these specifications. The purchaser may perform V50 Ballistic Limit Testing in strict accordance with MIL-STD-662F at the department's expense. An American Body Armor representative shall witness all testing.

American Body Armor & Equipment, Inc. (ABA) encourages valid body armor testing for the purpose of acceptance testing, confirmation of required performance, and used body armor evaluations. For these purposes, ABA *will only recognize properly performed V50 Ballistic Limit Testing* in strict accordance with MIL-STD-662F. Testing shall be performed at an NIJ approved ballistic test laboratory. The test projectiles shall be 9mm 124 grain FMJ as those used in the NIJ Standard 0101.04.

The Probable Ballistic Limit (V50) test shall be conducted on a complete vest. The V50 shall be calculated on ten fair hits, with five shots on the front panel and five shots on the back panel. If required, up to 12 shots, 6 in each panel may be used to obtain the V50 value. If the range of mixed results exceeds 125 feet per second [38 meters per second] or if the V50 cannot be determined in 12 shots, the test will be considered invalid. Shot placement shall be in accordance with MIL-STD-662F except that no shot may be within three (3) inches [7.6cm] of any edge nor two (2) inches [5cm] from any other ballistic impact. Panels shall be shot against clay armor backing material, which has been conditioned in accordance with NIJ Standard 0101.04.

The sample shall be of the same construction and size as submitted by the manufacturer during the initial NIJ Certification process. Prior to each shot, the panel will be placed flat against the clay backing material. Vest samples used in testing must be wearable and in suitable condition free from abuse.

For each particular level, the V50 Ballistic Limits shall be no lower than the allowable highest 9mm NIJ test velocity. In addition, there shall be no complete penetration lower than the highest 9mm NIJ test velocity.

AZE 00221311

## 23. PRODUCT LIABILITY INSURANCE

Vest manufacturer shall agree to provide a minimum of $20,000,000 product liability insurance coverage on delivered vests.

## 24. WARRANTY

Ballistic Panels: For five (5) years after date of purchase the manufacturer warrants the ballistic panels *against defects in materials and workmanship.*

The alteration of ballistic panels in any way shall render the warranty void.

## 25. REMOVABLE COVERS

Removable machine washable covers shall be fully warranted for twelve (12) months after the date of purchase against any defects in the material and/or workmanship.

## 26. PACKAGING

All soft body armor shall be packaged and shipped consistent with good commercial practices.

Plastic Bags: Each set of armor, along with its optional equipment, shall be placed in an individual plastic bag.

Shipping Cartons: The soft body armor shall be packed into suitable corrugated cardboard box. The box shall allow for normal shipping without damage to the soft body armor.

## 27. FINANCIAL DATA

All vendors are required to provide a certified financial statement, for 2002, which represents the manufacturer(s) of which they are bidding. Failure to provide a certified financial statement shall be cause for rejection.

## 28. DOCUMENTATION

The following documents, certifications, test-reports and samples must be included with the vendor's bid. Where one manufacturer is bidding through multiple vendors, the manufacturer may submit the appropriate paperwork on behalf of all vendors. Failure to submit the following shall be cause for rejection:

1.  Models made by manufacturers other than American Body Armor must be clearly identified and shall include the following:
    a.  Full product description.
    b.  Complete bid sample, male and female.
    c.  Drawings and/or photographs.
    d.  Technical specifications.

2.  Manufacturers bidding direct must include a service proposal as to how measuring, alterations and customer service will be maintained without local distribution.

-9-

AZE 00221312

3. NIJ 0101.04 Certification and test reports from an accredited laboratory for the vest being certified.

   a. <u>Any ballistic rounds tested above and beyond the required NIJ 0101.04 standard for requested threat level, requires a report from a NIJ Certified Laboratory. Any bidder that does not provide such documentation at the time of the bid **will be rejected.**</u>

4. V50 test reports performed in accordance with MIL-STD-662F. V50 testing must be accomplished with clay backing.

   a. Test reports must be submitted for the entire ballistic package.

   b. Test reports must be submitted for incoming materials, which are utilized in the ballistic package.

5. Chemical test reports certifying use of Akwadyne® fabric treatment.

6. The ability to trace serial numbers.

7. The layer count of the vest must be uniform throughout the entire ballistic package. If not, test reports must be submitted for the vest utilizing the least amount of layers.

8. Quality Control Procedures.

   a. Incoming materials
   b. Lay-up configuration
   c. In-process configuration
   d. Testing verification
   e. Inspection of ballistic panel stitching
   f. Random final product inspection and continuous in-process surveillance
   g. Quality Assurance training and indoctrination

9. Product Liability Insurance providing a minimum coverage of $20,000,000.

10. Documentation stating a 5-year ballistic package warranty.

11. Documentation stating a 12-month cover warranty.

12. Certified financial statement for 2002.

13. ISO-9001 Certificate.

AZE 00221313

Technical Specifications

# XTREME X

NIJ 0101.04
## Level 2A, 2 & 3A
Concealable Armor

| Model | XTX2A-2 | XTX2-2 | XTX3A-2 |
|---|---|---|---|
| Ballistic Material | a matrix of two or more of the following: ZShield™, woven microlaminate Zylon®, Gold Flex™, and unidirectional Polyethylene | | |
| NIJ Level | 2A | 2 | 3A |
| Weight [lbs. per sq. ft] | .43 | .56 | .70 |
| Thinness [inches] | .08 | .14 | .15 |
| V50-9mm [fps] | 1417 | 1549 | 1594 |
| V50 [fps] | 1403 [40 cal] | 1516 [357 mag] | 1638 [44 mag] |
| RPI-9mm [fps] | 3295 | 2766 | 2247 |
| RPI [fps] | 3262 [40 cal] | 2707 [357 mag] | 2340 [44 mag] |
| Cert BFS Average-9mm [mm] | 33 | 31 | 31 |
| Cert BFS Average   [mm] | 39 [40 cal.] | 37 [357 mag.] | 42 [44 mag.] |
| Abbreviated NIJ Testing of additional Threats | | | |
| NIJ Level | 2A | 2 | 3A |
| Threat | N/a | Winchester Ranger 9mm/127 grain SXZT HP<br><br>Speer Gold Dot 357 Sig / 125 Grain GDHP | Winchester Ranger 9mm/127 grain SXZT HP<br><br>Speer Gold Dot 357 Sig / 125 Grain GDHP |

AZE 00221314

# Exhibit

# 4

| 部長 | 課長 | 担当者 |
|---|---|---|
|  |  |  |

## ザイロン事業部　商談・出張報告

| 日付 | 2001年12月6日 | | 担当者 | 大平 |
|---|---|---|---|---|
| 販売グループ | ○ ZDA ○ ZDE ○ ZDH<br>● ZDC ○ ZDF ○ ZDJ<br>○ ZDD ○ ZDG ○ ZDK | | 国名 | USA |
| 顧客名 | Armor Holdings | | 今回訪問日<br>前回訪問日 | 2001年12月6日<br>2001年7月19日 |
| 窓口<br>職務/氏名 | Steve Croskrey<br>Jim Harmon<br>Itochu:辻氏 | | 訪問回数 | 10回目 |
| 現在の開発レベル | ○ A ● B ○ C ○ D ● E<br>● | | 現レベルでの<br>滞留月数 | ケ月 |
| 対象用途 | コード:ZAA<br>大分類:防弾<br>中分類:Ballistic Vest<br>用途: | | 現在使用中<br>の他素材 | ケブラー、スペクトラ等 |

| 顧客の要望/悩み | 1.早期にシールドを復活させたい。 |
|---|---|
| 商談・打合せ内容 | 1.ザイロン展開状況<br>(1)シールドが手に入らなくなったため、織物でシールド使いのベストと同じ重量で数週間前にNIJ認証を取った。ハックフェースはステッチを工夫した。<br>(2)シールドが手に入らないため出荷できなかった売上は1.3百万ドルにもなる。また一旦代理店へ卸したものを引き取ってZ変なユーザーへ移したりした費用も相当ある。生産コストも高いとのこと。損害を被った。一日でも早くシールドを展開したい。現状は(仕方なしに)織物を展開しているが、シールドを入手できるようになれば即切り替えたい。但し、NIJの再認証が必要になるだろう。<br>(3)織物は9月に20,000ヤードのオーダーを出した。最終納期9月内。このペースで行くと2ヶ月頃にファイバー在庫が無くなる。従って1月には最初の出荷をして欲しい。1,2,3月で3回に分けて出荷を申し出たが、運送費が高くなるので2回にして欲しいと要望された。(従わざるを得ない。)<br>(4)シールドの問題があって現在消費量スローダウンしているが、今後5トン/Q消費の見通し。<br>2.高湿劣化について<br>(1)先過出したレターは恐怖を抱かせるだけ。我々のマーケティングを妨げる。顧客にこんなデータを見せたくない。3枚目のグラフは良いが全く説明がないのがいけない。顧客やNIJの人間はRetentionの意味が分からず、グラフを見たらV50が落ちると誤解する。<br>(2)この問題の後NIJや軍は独自に研究を進めているとのこと。<br>(3)ここまではマーケットの反応は相対的に静か。<br>(4)レターのコメント対して)どんなコメントをしても何か問題が起こったら、当然ファイバーメーカーにも責任が行く。<br>(5)7月以降のボディアーマーメーカーの対応について、Point BlankやPACAは、特にザイロンシールドに焦点を当てて攻撃している。それに比べSecond Chanceはファイバー自体の問題として、織物かシールドの問題ではないとしている。(Second Chanceの方は賢く振る舞っているとCroskreyの弁。)<br>3.その他<br>(1)ABAは、カリフォルニア(Safariland)へ移転する。ボディアーマーを集約する。8月より移転し始め2002年3月で移転完了予定。責任者はScott Obrien。彼に会うように依頼された。<br>(2)最近相手に指紋検査がリクアーとかの会社を買取した。このJacksonvilleには現在4社(ABA、カンガルー、麻薬検査薬、指紋ハゲダー)は入っている。 |
| 何をすれば良いか | 1.残りの5トンの出荷調整急。1月:2トン、2月:3トン出荷必要あ。<br>2.前回送ったレターについて誤解やネガティブなイメージを払拭するためリカバリー策検討。<br>3.シールド展開サポート(ファイバー供給) |
| 本件を加速するための提案 |  |
| 今後の予定 | カリフォルニア工場訪問 |
| その他 | レターについて苦言をもっと言われるかと思っていたが、今回のCroskreyは挨拶時から笑顔であった。何を言っても無駄と思ったのか、何か起これば いずれにしてもTCも巻き込むことになると思ってか。 |

TOYOBO-ZYLON

019422

[ Department Manager | Section Manager | Person in Charge ]

Zylon Business Department  Negotiation/Trip Report

[ Date | December 6, 2001 | Person in charge | Ohira ]

[ Sales Group: ( ) ZDA ( ) ZDE ( ) ZDH (*) ZDC ( ) ZDF ( ) ZDJ ( ) ZDD ( ) ZDG ( )
ZDK | Country | USA ]

[ Customer name | Armor Holdings |
Date of visit this time | December 6, 2001
Date of visit previous time | July 19, 2001 ]

[ Window-Job/Name |
Steve Croskrey
Jim Harmon
Itochu: Mr. Tsuji |
Visit number | 10th time ]

[ Present Development Level | ( ) A ( ) B ( ) C ( ) D (*) E ( ) UP! | Number of months
held up in present level | months ]

[ Subject and purpose |
Code: ZAA
Major classification: Ballistic
Minor classification: Ballistic Vest
Use: |
Other materials presently used | Kevlar, Spectra, etc. ]

[ Customer wishes/complaints | Wants to revive shield at early date. ]

[ Substance of negotiations/arrangements |
1. Zylon deployment conditions
(1) Because shield has become unavailable, NIJ certification was obtained several weeks
ago with fabric having the same weight as vests using shield.  The stitching of the back
face was elaborated.
(2) The sales that could not be shipped because shield was unavailable become as much
as 1.3 million dollars.  Also, the cost of taking back articles once sold wholesale to
agencies and moving them to users requiring them also is considerable.  They say the
manufacturing cost also is high.  They suffered a loss.  They want to deploy shield as
early as possible.  At present they are deploying fabric (reluctantly?), but if shield
becomes available, they want to switch on the spot.  However, NIJ re-certification
probably will become necessary.

TOYOBO-ZYLON          019422 1/2

TYA022-0568

(3) An order for 20,000 yards of fabric was made in September. The final delivery is within the year. Going on this basis, fiber stock will run out around February. Accordingly, we want the first shipment to be in January. I proposed three shipments being January, February, and March, but they wanted to make it two times because the shipping expense becomes high. (I had to comply.)

(4) There is a problem with shield and the present consumption is slowed down, but the outlook is 5 tons/Q of future consumption.

2. On high humidity deteriorating property

(1) The letter sent last week just inspires fear. It obstructs our marketing. We don't want to show such data to customers. Three graphs are fine, but it's no good if there is no explanation at all. Customers and NIJ people don't understand the meaning of Retention, and if they look the graph they misunderstand that V50 falls.

(2) They say that after this problem, NIJ and the military are promoting research independently.

(3) Up to now the market reaction is relatively quiet.

(4) (In response to comments on letter) Whatever comment is made, if some kind of problem occurs, naturally the responsibility goes also to the fiber manufacturer.

(5) On the response of body armor makers from July on, Point Blank and PACA are attacking focusing on Zylon shield in particular. In contrast to that, Second Chance is saying it is a problem with the fiber itself, and it is not a problem with the fabric or shield. (Croskrey excused that Second Chance is behaving shrewdly.)

3. Other

(1) ABA is moving to California (Safariland). They will concentrate on body armor. They started the move from August and plan to complete the move in 3/2002. The person responsible is Scott Obrien. I was requested to meet him.

(2) Recently they newly bought a company for something like fingerprint testing powder. In this Jacksonville, there are presently four companies (ABA, gun oil, drug testing chemicals, and fingerprint powder). ]

[ What should be done? |
1. Prepare shipment of remaining 5 tons. January: 2 tons, February: 3 tons shipment necessary?
2. Examine recovery measure in order to sweep away misunderstandings and negative images concerning the letter sent previously.
3. Shield deployment report (fiber supply) ]

[ Proposal for accelerating this matter | ]

[ Plans for future | Visit California factory ]

[ Other | I thought I would be subjected again to a complaint concerning the letter, but this time Croskrey was all smiles from the time of greeting. I wondered if there was no point in saying anything, and wondered if TC also would inevitably become involved if something happens. ]

TOYOBO-ZYLON          019422 2/2

TYA022-0569