IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV No. 07-1144 |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| TOYOBO CO., LTD., and TOYOBO ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE REGARDING ENTRY OF PROTECTIVE ORDER**

Comes the United States, and hereby notifies the Court as to its understanding regarding the parties to the Joint Stipulation Regarding Entry of Protective Order (Dkt. No. 22) and the parties to the proposed Protective Order attached therein to the Joint Stipulation. The following enumeration is the understanding of the United States with regard to the individuals, and the entities which they represent, who were signatories to the proposed Protective Order attached to the Joint Stipulation Regarding Entry of Protective Order (Dkt. No. 22):

    KONRAD L. CAILTEUX, ESQ.
    Counsel for Defendants TOYOBO CO., LTD; and
    TOYOBO AMERICA, INC.

    WILLIAM J. COPLE III, ESQ.
    Counsel for SECOND CHANCE BODY ARMOR, INC.,
    NOW KNOWN AS SECOND CHANCE BODY ARMOR
    LIQUIDATION, INC.

    JAMES S. BRADY, ESQ.
    MILLER JOHNSON
    Counsel for THOMAS EDGAR BACHNER, JR.,
    JAMES LARRY MCCRANEY, and KAREN
    MCCRANEY

STEPHEN M. KOHN, ESQ.
KOHN KOHN & COLAPINTO LLP
Counsel for Aaron Westrick

MELISSA A. MEISTER, ESQ.
JENNER & BLOCK LLP
Counsel for HONEYWELL INTERNATIONAL, INC.

VICTORIA A. GORZYCA, ESQ.
Managing Counsel for THE DOW CHEMICAL COMPANY

NEIL H. O'DONNELL, ESQ.
ROGERS JOSEPH O'DONNELL
Counsel for HEXCEL CORPORATION

BOBBY BURCHFIELD, ESQ.
McDERMOTT WILL & EMERY
Counsel for ITOCHU CORPORATION and ITOCHU INTERNATIONAL, INC.

JOSEPH V. SEDITA, ESQ.
HODGSON RUSS LLP
Counsel for LINCOLN FABRICS, LTD.

MICHAEL J. BUCKSTEIN
CEO of BARRDAY, INC.

STACEY J. MOBLEY, ESQ.
General Counsel for the E.I. duPONT de NEMOURS & CO.

LENNIE SAMUELS, ESQ.
BERGER SINGERMAN
Counsel for PROTECTIVE PRODUCTS, INTERNATIONAL, INC.

THOMAS C. HILL, ESQ.
PILLSBURY WINTHROP SHAW PITTMAN LLP
Counsel for N.I. TEIJIN SHOJI (U.S.A.), INC.

NANCY R. GRUNBERG, ESQ.
VENABLE LLP
Counsel for Point Blank Solutions, Inc.

                    DAVID M. O'CONNOR, ESQ.
                    O'CONNOR & ASSOCIATES, LLC
                    Counsel for FIRST CHOICE ARMOR

                    STEVEN E. CHAYKIN, ESQ.
                    AKERMAN SENTERFITT
                    Counsel for GATOR HAWK, INC.

Dated: 2/26/08

                    JEFFREY S. BUCHOLTZ
                    ACTING ASSISTANT ATTORNEY GENERAL

By: /s/ Callie R. Owen
                    MICHAEL D. GRANSTON
                    ALAN E. KLEINBURD
                    ALICIA J. BENTLEY
                    CALLIE R. OWEN
                    A. THOMAS MORRIS
                    MICHAEL J. FRIEDMAN
                    ATTORNEYS
                    U.S. Department of Justice
                    Commercial Litigation Branch
                    P.O. Box 261
                    Ben Franklin Station
                    Washington, D.C. 20044
                    Tel:   202-616-9854
                    Fax:  202-514-0280

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of February, 2008, I electronically filed the foregoing NOTICE REGARDING ENTRY OF PROTECTIVE ORDER with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Michael J. Lyle and Holly Loiseau, counsel for defendants Toyobo America, Inc. and Toyobo Co., Ltd. I further certify that a copy of the foregoing document was furnished by first class mail, postage prepaid, to:

Counsel for Defendants Toyobo Co., Ltd; and Toyobo America, Inc.:
Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

_Callie R. Owen_
Callie R. Owen