IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff. | ) Case No. 1:07-CV-01144 (RWR) |
| v. | ) |
| TOYOBO CO., LTD., and TOYOBO AMERICA, INC., | ) JOINT STIPULATION AND AMENDED ) [JOINTLY PROPOSED] SCHEDULING ) ORDER |
| Defendants. | ) |

## JOINT STIPULATION

WHEREAS, on November 13, 2007, the parties conducted a Rule 26(f) scheduling conference to discuss the scope of discovery and develop a proposed joint discovery plan;

WHEREAS, on December 12, 2007, the parties submitted to the Court a Joint Rule 16.3 Report to the Court, Proposed Joint Discovery Plan, and [Jointly Proposed] Scheduling Order;

WHEREAS, on October 12, 2007, defendants Toyobo Co., Ltd. and Toyobo America, Inc. (collectively "Toyobo") moved to dismiss the Complaint, with briefing completed on this motion on February 1, 2008;

WHEREAS, the motion to dismiss filed by the Toyobo defendants is still pending before the Court;

WHEREAS, the parties have determined that they will need more time to complete discovery than is contemplated by the [Jointly Proposed] Scheduling Order;

WHEREAS, the Court has not yet ruled on the parties' proposed discovery plan or held a Rule 16 scheduling conference;

WHEREAS, the parties have agreed that the dates contemplated by the [Jointly Proposed] Scheduling Order should be extended by six (6) months;

NOW THEREFORE, the parties hereto, by and through their counsel of record, subject to Court approval, agree and stipulate as follows: The previous [Jointly Proposed] Scheduling Order is amended to extend all of the dates contained therein by six (6) months, as indicated in the attached Amended [Jointly Proposed] Scheduling Order.

IT IS SO STIPULATED.

Dated: April 16, 2008

ALICIA J. BENTLEY CALLIE R. OWEN
Attorney, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for the United States*

Dated: April 11, 2008

KONRAD L. CAILTEUX
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119

MICHAEL J. LYLE
HOLLY E. LOISEAU
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2008, I electronically filed the foregoing JOINT STIPULATION with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Michael J. Lyle and Holly Loiseau, counsel for defendants Toyobo America, Inc. and Toyobo Co., Ltd. I further certify that a copy of the foregoing document was furnished by first class mail, postage prepaid, to:

Counsel for Defendants Toyobo Co., Ltd; and Toyobo America, Inc.:
Konrad L. Cailteux, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

_Callie R. Owen_
Callie R. Owen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Case No. 1:07-CV-01144 (RWR) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| TOYOBO CO., LTD., and TOYOBO ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED [JOINTLY PROPOSED] SCHEDULING ORDER**

It is, hereby,

**ORDERED** that the parties comply with the following deadlines:

October 30, 2008   Discovery (including interrogatories, requests to produce, and requests for admissions) begins.

November 17, 2008   Initial Rule 26(f)(I), F.R.Civ.P., disclosures due.

**Interrogatories**

October 15, 2009   All Requests for Interrogatories due.

November 16, 2009   All interrogatory answers due.

**Document Discovery**

October 15, 2009   All Requests for Production for Documents and Things and Entry Upon Land for Inspection and Other Purposes due.

November 16, 2009   All Requests for Production for Documents and Things and Entry Upon Land for Inspection and Other Purposes answers due.

**Requests for Admissions**

October 15, 2009   All Requests for Admissions due.

November 16, 2009    All Request for Admission answers due.

**Fact Witnesses**

January 30, 2009    Depositions of fact witnesses begins.

September 16, 2009    All notices and subpoenas of depositions of fact witnesses due.

November 16, 2009    Depositions of fact witnesses ends.

**All fact discovery shall be completed by November 16, 2009.**

**Expert Witnesses**

June 15, 2010    All notices and subpoenas of expert depositions due.

August 16, 2010    Deposition of expert witnesses ends.

**All expert discovery shall be completed by August 16, 2010.**

**Dispositive Motions**

October 15, 2010    Dispositive motions due.

November 17, 2010    Briefs in opposition to dispositive motions.

December 7, 2010    Reply briefs re: dispositive motions due.

**AND IT IS FURTHER ORDERED** that the parties comply with the following:

**Joinder**

Joinder of additional parties shall occur by December 1, 2008.

**Amendment of Pleadings**

With the Court's permission, the United States' Complaint may be amended until the start of discovery and further amended beyond the start of discovery in accordance with Rule 15, F.R.Civ.P.

**Interrogatories**

The United States shall be permitted to serve up to an additional twenty-five (25) Interrogatories, including subparts, upon Toyobo, beyond those available under Rule 33 (a), F.R.Civ.P., for a total of fifty (50) Interrogatories upon Toyobo.

Defendant Toyobo shall be permitted to collectively serve up to an additional twenty-five (25) Interrogatories, including subparts, upon the United States, beyond those available under Rule 33(a), F.R.Civ.P., for a total of fifty (50) Interrogatories, including subparts, upon the United States.

**Requests for Admissions**

The United States and Toyobo each shall be limited in serving not more than five (5) sets of Requests for Admissions comprising not more than collective a total of one hundred (100) Requests for Admissions each. This limitation shall not include any limitation on the number of requests by a party to authenticate documents for the purposes of admissibility at trial.

**Fact Depositions**

The plaintiffs are granted leave to take more than ten (10) fact depositions and the defendants are granted leave to take more than ten (10) fact depositions.

The Parties shall meet to discuss developing a deposition schedule and the procedures to be used during the conduct of depositions.

Unless otherwise ordered by the Court, there shall be an unspecified number of fact depositions where the deponent may be deposed by the noticing party for up to three days, for seven hours each day, excluding breaks and any translation time.

The noticing party shall provide, at the time of notice, a good faith estimate of the amount of time it believes will be required for the deposition.

The notice of extending the duration of any deposition where two or three days are

permitted may occur either before or during a deposition.

To the extent possible and practicable, at least twenty one (21) days notice of scheduling of depositions shall be provided to opposing counsel for depositions to be taken in the United States and thirty (30) days notice for depositions to be taken outside the United States.

Toyobo counsel will accept service of deposition notices and subpoenas on behalf of current Toyobo employees not represented by other counsel in the United States.

**Expert Depositions**

Depositions of experts shall occur. In the absence of mutually agreed upon locations, the party producing the expert may designate the location of an expert's deposition, provided the parties will make a good faith effort to conduct all expert depositions within the United States, at a counsel of record's law office, place of a defendant's corporate headquarters on whose behalf the expert is appearing, place where the expert primarily conducts business, Hawaii, or Washington, D.C. All notice and subpoenas of expert depositions shall be served by June 15, 2010 and all expert depositions shall be completed by August 16, 2010.

At least some experts may be deposed by the noticing party for more than one consecutive day, for seven hours each day, excluding breaks and any translation time.

**Protective Order(s)**

The parties shall attempt to work out a protective order that identifies categories of documents that will be subject to any protective order. During document protection, the parties should identify in good faith only those documents that are within the protected categories and the parties shall handle those documents in accordance with the terms of the protective order(s). The parties shall negotiate, stipulate, and submit a Joint Stipulation and [Proposed] Order governing production of protected information produced in this case.

**Discovery Bifurcation**

Discovery shall be conducted in two phases (*i.e.* fact discovery, followed by expert discovery).

Discovery will proceed on all issues in the case simultaneously.

**Pretrial Conference**

The Pretrial Conference is scheduled for March 15, 2011.

**Trial Date**

The Court shall set a trial date at the March 15, 2011 pretrial conference around sixty (60) days after that conference; *i.e.* a trial date of about May 15, 2011.

**SO ORDERED.**

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Dated: _____,2008