# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA, <u>ex</u> <u>rel.</u>,
AARON J. WESTRICK, Ph.D.,

   Plaintiffs,

  v.

SECOND CHANCE BODY ARMOR, INC.,
<u>et</u> <u>al.</u>,

   Defendants.

---

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

TOYOBO COMPANY, LTD., <u>et</u> <u>al.</u>,

   Defendants.

---

Civil Action No. 04-0280 (PLF)

Civil Action No. 07-1144 (PLF)

## <u>ORDER</u>

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that the United States' motion for reconsideration [Dkt. 450 in Civil Action No. 04-0280 and Dkt. 184 in Civil Action No. 07-1144] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that the beginning of Toyobo's alleged fraud for all claims is July 2001; it is

FURTHER ORDERED that only the following claims survive summary judgment and shall proceed to trial:

1.      Common law claims of fraud and unjust enrichment against all defendants concerning both the BPVGPA and the GSA MAS;

2.      Fraudulent inducement under the FCA against all defendants concerning both the BPVGPA and the GSA MAS;

3.      Express and implied false certification under the FCA against all defendants concerning only the GSA MAS and limited to the United States' theory that the Second Chance's 6% catalog guarantee was a durability requirement.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
DATE:  July 14, 2017                         United States District Judge