THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-CV-1144 (PLF) |
| Plaintiff, | Hon. Paul L. Friedman |
| v. | |
| TOYOBO COMPANY, LTD., et al., | |
| Defendants. | |

**STIPULATION AND PROPOSED ORDER FOR JUDGMENT OF
DISMISSAL OF DEFENDANTS TOYOBO CO., LTD. AND
TOYOBO U.S.A., INC. f/k/a TOYOBO AMERICA, INC.
PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(1)(II)**

The United States and Defendants Toyobo Co., Ltd. and Toyobo U.S.A., Inc. f/k/a Toyobo America, Inc. (collectively Toyobo) hereby agree and stipulate as follows:

WHEREAS the United States of America and Toyobo have reached a settlement of the allegations in the Amended Complaint;

WHEREAS a Settlement Agreement with Toyobo reflecting the settlement of the United States' claims against Toyobo attached hereto and incorporated herein as Attachment A; and further the Settlement Agreement controls and defines the intent of the parties in the event of any inconsistency between this Stipulation and Order and the Settlement Agreement; and

WHEREAS the United States and Toyobo agree that this Court should retain jurisdiction over any disputes that arise under the Settlement Agreement; and

NOW THEREFORE, the United States and Toyobo hereby agree and stipulate as follows:

1. The United States' claims against Toyobo shall be dismissed with prejudice according to the terms of the Settlement Agreement between the United States and Toyobo; and

2. This judgment of dismissal shall have no impact on any defendants in the related actions.

IT IS SO STIPULATED.

Dated: March 26, 2018

CHAD A. READLER
ACTING ASSISTANT ATTORNEY GENERAL

By: _____
MICHAEL D. GRANSTON
SARA McLEAN
ALICIA J. BENTLEY
A. THOMAS MORRIS
JENNIFER CHORPENING
J. JENNIFER KOH
ZACHARY M. WILLIAMS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:   202-616-9854
Fax:   202-514-0280

Dated: March 26, 2018

Counsel for the United States of America

WEIL, GOTSHAL & MANGES LLP

By: _____
KONRAD L. CAILTEUX
DIANE P. SULLIVAN
JED P. WINER
EMILY PINCOW
CAROLYN DAVIS

ALEXIS KELLERT
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel. (212) 310-8904
Fax: (212) 310-8007

Counsel for Defendants
Toyobo Co., Ltd. and Toyobo U.S.A., Inc.
f/k/a Toyobo America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, the forgoing document was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

_____
Alicia J. Bentley