# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-CV-1144 (PLF) |
| Plaintiff, | Hon. Paul L. Friedman |
| v. | |
| TOYOBO COMPANY, LTD., et al., | |
| Defendants. | |

### JUDGMENT OF DISMISSAL OF DEFENDANTS TOYOBO CO., LTD. AND TOYOBO U.S.A., INC. f/k/a TOYOBO AMERICA, INC. PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(1)(II)

PURSUANT TO THE STIPULATION OF THE UNITED STATES AND DEFENDANTS TOYOBO CO., LTD. AND TOYOBO U.S.A., INC. f/k/a TOYOBO AMERICA, INC., and for good cause appearing,

1. The United States' claims against Toyobo Co., Ltd. and Toyobo U.S.A., Inc. f/k/a Toyobo America, Inc. shall be dismissed with prejudice according to the terms of the Settlement Agreement between the United States and Toyobo Co., Ltd. and Toyobo U.S.A., Inc. f/k/a Toyobo America, Inc.; and

2. This judgment of dismissal shall have no impact on any defendants in the related actions.

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Paul L. Friedman
United States District Judge